UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. **23-1112** as

☐ Retained    ☐ Court-appointed(CJA)    ☐ CJA associate    ☐ Court-assigned(non-CJA)    ☐ Federal Defender

☑ Pro Bono    ☐ Government

COUNSEL FOR: **Elizabeth Sines, Natalie Romero, April Muniz, Thomas Baker, Marissa Blair, Marcus Martin, Chelsea Alvarado, Seth Wispelwey, and John Doe** as the
(party name)

☐ appellant(s)   ☑ appellee(s)   ☐ petitioner(s)   ☐ respondent(s)   ☐ amicus curiae   ☐ intervenor(s)   ☐ movant(s)

/s/ Karen L. Dunn
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's **Manage My Account**.

| | |
|---|---|
| Karen L. Dunn | 202.223.7300 |
| Name (printed or typed) | Voice Phone |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | 202.223.7420 |
| Firm Name (if applicable) | Fax Number |
| 2001 K Street, NW | |
| Washington, DC 20006-1047 | kdunn@paulweiss.com |
| Address | E-mail address (print or type) |

---

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

SEE ATTACHMENT

/s/ Karen L. Dunn                                                   2.15.23
Signature                                                                                          Date

# CERTIFICATE OF SERVICE
## For parties served outside CM/ECF

I hereby certify that on February 15, 2023, I also served the following via electronic mail:

Christopher Cantwell
christopher.cantwell@gmail.com

I further hereby certify that on February 15, 2023, I served the following by physical mail:

Richard Spencer
734 Clearwater Drive
Whitefish, Montana 59937

Jason Kessler
6256 Bullet Dr.
Crestview, FL 32536

Robert "Azzmador" Ray
22345 Cherry Lane
Frankston, TX 75763

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Ste. 121
Worthington, OH 43085

Augustus Sol Invictus
424 E. Central Blvd #156
Orlando, FL 32801

Fraternal Order of the Alt-Knights
c/o Kyle Sean Chapman
52 Lycett Circle
Daly City, CA 94015

Vanguard America
c/o Dillon Hopper
383 Hazzard Street
Scottsburg, Indiana 47170

Elliott Kline a/k/a Eli Mosley
117 Mesa Drive
Reading, PA 19608

Michael "Enoch" Peinovich
P.O. Box 1069
Hopewell Junction, NY 12533

Loyal White Knights of the KKK
c/o Chris and Amanda Barker
2364 US Highway 158 E
Yanceyville, NC 27379

East Coast Knights of the KKK
a/k/a East Coast Knights of the True Invisible Empire
26 South Pine St.
Red Lion, PA 17356