# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 13, 2023

_____

RULE 45 NOTICE

_____

No. 23-1112,    Elizabeth Sines v. Richard Spencer
                3:17-cv-00072-NKM-JCH

TO:    Richard Spencer

**DEFAULT(S) MUST BE REMEDIED BY:** 03/28/2023

Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the default(s) identified below are remedied within 15 days of the date of this notice through receipt of the requisite form(s) or fee in the appropriate clerk's office. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

[ ✓ ] Filing fee must be paid to Clerk, U. S. District Court, or **IFP-Application to proceed in forma pauperis** must be received in the Court of Appeals clerk's office.

[ ] Leave to proceed in forma pauperis has been denied by the district court. Filing fee must be paid to Clerk, U. S. District Court, or **IFP-Application to proceed in forma pauperis** must be filed with the Court of Appeals clerk's office.

[ ] Leave to proceed in forma pauperis has been denied by the Court of Appeals. Filing fee must be paid to Clerk, U. S. District Court.

Marcy E. Beall, Deputy Clerk
804-916-2702