FILED: March 17, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1112
(3:17-cv-00072-NKM-JCH)

_____

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA ALVARADO; THOMAS BAKER

        Plaintiffs - Appellees

 and

TYLER MAGILL; HANNAH PEARCE

        Plaintiffs

v.

RICHARD SPENCER

        Defendant - Appellant

 and

JASON KESSLER; CHRISTOPHER CANTWELL; JAMES ALEX FIELDS, JR; VANGUARD AMERICA; ANDREW ANGLIN; MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; NATHAN DAMIGO; ELLIOTT KLINE, a/k/a Eli Mosely; IDENTITY EVROPA; MATTHEW HEIMBACH; DAVID MATTHEW PARROTT, a/k/a Matthew Parrott; TRADITIONALIST WORKER PARTY; MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE SOUTH; JEFF SCHOEP; NATIONAL SOCIALIST MOVEMENT; NATIONALIST FRONT; AUGUSTUS SOL INVICTUS; FRATERNAL ORDER OF THE ALT-KNIGHTS; MICHAEL ENOCH PEINOVICH; LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN; EAST COAST KNIGHTS OF THE KU KLUX KLAN,

a/k/a East Coast Knights of the True Invisible Empire

Defendants

_____

O R D E R

_____

Upon consideration of the motion for extension of the informal briefing schedule, the court extends the time for serving and filing the informal response brief to 04/17/2023. The time for serving and filing the informal reply brief is extended to 05/15/2023. Any further requests for an extension of time in which to file the informal response or reply briefs shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk