FILED:  January 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1112
(3:17-cv-00072-NKM-JCH)

_____

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL
MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA
ALVARADO; THOMAS BAKER

       Plaintiffs - Appellees

 and

TYLER MAGILL; HANNAH PEARCE

       Plaintiffs

v.

RICHARD SPENCER

       Defendant - Appellant

 and

JASON KESSLER; CHRISTOPHER CANTWELL; JAMES ALEX FIELDS, JR;
VANGUARD AMERICA; ANDREW ANGLIN; MOONBASE HOLDINGS,
LLC.; ROBERT AZZMADOR RAY; NATHAN DAMIGO; ELLIOTT KLINE,
a/k/a Eli Mosely; IDENTITY EVROPA; MATTHEW HEIMBACH; DAVID
MATTHEW PARROTT, a/k/a Matthew Parrott; TRADITIONALIST WORKER
PARTY; MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE SOUTH;
JEFF SCHOEP; NATIONAL SOCIALIST MOVEMENT; NATIONALIST
FRONT; AUGUSTUS SOL INVICTUS; FRATERNAL ORDER OF THE ALT-
KNIGHTS; MICHAEL ENOCH PEINOVICH; LOYAL WHITE KNIGHTS OF
THE KU KLUX KLAN; EAST COAST KNIGHTS OF THE KU KLUX KLAN,

a/k/a East Coast Knights of the True Invisible Empire

Defendants

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk